UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SARAH M. WILBURN,

                Plaintiff,

         -v-                      1:15-CV-58
                                   (DNH/TWD)

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                             OF COUNSEL:

Office of Peter M. Margolius          PETER M. MARGOLIUS, ESQ.
Attorneys for Plaintiff
7 Howard Street
Catskill, NY 12414

Social Security Administration      BENIL ABRAHAM, ESQ.
Attorneys for Defendant              Special Asst. U.S. Attorney
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, NY 10278

DAVID N. HURD
United States District Judge

## DECISION and ORDER

     Plaintiff Sadie M. Wilburn filed this action seeking judicial review of a final decision of

the Commissioner of Social Security denying her application for supplemental security

income benefits and disability insurance benefits under the Social Security Act.  By Report-

Recommendation dated February 29, 2016, the Honorable Thérèse Wiley Dancks, United

States Magistrate Judge, recommended that the decision of the Commissioner be affirmed

and defendant's motion for judgment on the pleadings be granted.  No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole.  See 28 U.S.C. § 636(b)(1).

Therefore,

it is ORDERED that

Plaintiff's complaint is **DISMISSED**.

The Clerk of the Court shall enter judgment and close the case.

IT IS SO ORDERED.

_____
United States District Judge

Dated:  March 28, 2016
       Utica, New York